UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS AMADOR,<br><br>    Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY SANTA RITA JAIL FACILITY, et al.,<br><br>    Defendants. | Case No. 14-cv-00973-JST (PR)<br><br>**ORDER OF DISMISSAL** |

On March 3, 2014, plaintiff, an inmate at the Santa Rita County Jail, filed this pro se civil rights action pursuant to 42 U.S.C. § 1983. On the same day the action was filed, plaintiff was ordered to file a complete application to proceed in forma pauperis ("IFP"), or pay the filing fee of $400.00, within 28 days, or face dismissal of the action.

More than 28 days have passed and petitioner has not filed a complete IFP application or paid the filing fee. Accordingly, this action is DISMISSED WITHOUT PREJUDICE.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 24, 2014

                                                                                     JON S. TIGAR
                                                                    United States District Judge